UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DAMITA MEDINA,**
        **Plaintiff,**

  v.                                        Case No. 19-CV-1564

**REGIONAL MANAGEMENT CORP,**
        **Defendant.**

---

## ORDER APPROVING SETTLEMENT

This is an action for unpaid overtime compensation under the Fair Labor Standards Act (FLSA). The parties have reached a settlement agreement and have submitted it for approval by the court. I have reviewed the proposed settlement and I find it a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *See Lynn's Food Stores, Inc., v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). Therefore, consistent with the parties' motion, I will **APPROVE** the terms and conditions as memorialized in the parties' written Settlement Agreement and Release of FLSA Claims as fair, reasonable and adequate. This action is **DISMISSED WITH PREJUDICE** and without further award of costs.

    **SO ORDERED** at Milwaukee, Wisconsin, this 7th day of May, 2020.

                                          s/Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge